IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEGENT HEALTH, a Nebraska Non-Profit Corporation, | ) CASE NO. 8:10-cv-338 |
| Plaintiff, | ) |
| vs. | ) |
| SHRED-IT USA, INC., a Nebraska Corporation; MIDLANDS CHOICE, INC., a Nebraska Coporation; and CIGNA HEALTHCARE, INC., | ) |
| Defendants. | ) |

**ORDER TO DISMISS**

THIS CAUSE comes before the Court on the Motion to Dismiss filed herein by the Plaintiff, ALEGENT HEALTH.

The Court, being fully advised in the premises, finds that the Defendants SHRED-IT USA, INC. and CIGNA HEALTHCARE, INC. are dismissed with prejudice, and Defendant MIDLANDS CHOICE is dismissed without prejudice, each party to pay their own costs expended herein.

IT IS SO ORDERED.

DATED this 20th day of January, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
U.S. District Court Judge

Prepared and Submitted by:

Angela L. Burmeister, #20042
BERKSHIRE & BURMEISTER
1301 S. 75th Street, Suite 100
Omaha, Nebraska 68124
(402) 827-7000
ATTORNEY FOR PLAINTIFF